IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02800-BNB

WALID MOAZ,

    Plaintiff,

v.

CONOCO PHILIPS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Walid Moaz, initiated this action by filing *pro se* a Title VII Complaint. On December 28, 2009, Mr. Moaz filed two slightly different versions of an amended Title VII Complaint. The court must construe the amended complaints liberally because Mr. Moaz is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Moaz will be ordered to file a second amended complaint.

The two amended Title VII Complaints are nearly identical. The only apparent difference is that one amended complaint includes an additional attachment page. However, in order to avoid any potential confusion and to ensure that the court and all of the parties are addressing the same pleading, Mr. Moaz will be directed to file a second amended complaint. Mr. Moaz is advised that any copies he provides of the second amended complaint must be identical to the original second amended

complaint. Furthermore, because Mr. Moaz fails to specify the relief he is seeking in this action, he also must include in the second amended complaint "a demand for the relief sought." Fed. R. Civ. P. 8(a)(1). Accordingly, it is

ORDERED that Mr. Moaz file a second amended complaint **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Moaz, together with a copy of this order, two copies of the following form: Title VII Complaint. It is

FURTHER ORDERED that, if Mr. Moaz fails within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED January 11, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02800-BNB

Walid Moaz
5130 E. Donald Ave.
Denver, CO 80222

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on __1/11/10__

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk