IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 3 - 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02800-MSK-KMT

WALID MOAZ,

    Plaintiff,

v.

CONOCO PHILIPS,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

**ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 2nd day of February, 2010.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02800-MSK-KMT

Walid Moaz
5130 E. Donald Ave
Denver, CO 80222

US Marshal Service
Service Clerk
Service forms for: Conoco Philips

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Conoco Philips: AMENDED TITLE VII COMPLAINT FILED 01/27/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/3/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk